UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL THOMAS NIETO, | ) | NO. ED CV 09-872-JVS(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| DERRAL G. ADAMS, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner filed a "Petition for Writ of Habeas Corpus By a Person in State Custody" on May 5, 2009.  The Petition challenges a November 8, 1996 Riverside Superior Court criminal judgment (Petition at 2, 5).  Petitioner challenged this same state court judgment in a habeas corpus petition filed in this Court in 2005.  See Nieto v. Giurbino, No. CV 05-01178-JVS(E) ("the prior habeas action").  On August 10, 2006, this Court entered Judgment denying and dismissing the petition in the prior habeas action with prejudice.

The Court must dismiss the present Petition in accordance with 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and Effective Death Penalty Act of 1996").  Section 2244(b) requires that

1  a petitioner seeking to file a "second or successive" habeas petition
2  first obtain authorization from the court of appeals. See Burton v.
3  Stewart, 127 S. Ct. 793, 799 (2007) (where petitioner did not receive
4  authorization from Court of Appeal before filing second or successive
5  petition, "the District Court was without jurisdiction to entertain
6  [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir.
7  2000) ("the prior-appellate-review mechanism set forth in § 2244(b)
8  requires the permission of the court of appeals before 'a second or
9  successive habeas application under § 2254' may be commenced").
10 Petitioner evidently has not yet obtained authorization from the Ninth
11 Circuit Court of Appeals.  Consequently, this Court cannot entertain
12 the present Petition.  See Burton v. Stewart, 127 S. Ct. at 799; see
13 also Dews v. Curry, 2008 WL 590476, at *3 (E.D. Cal. Feb. 29, 2008)
14 (without Court of Appeals' authorization, "this court lacks
15 jurisdiction to consider the petition").[1]
16 ///
17 ///
18 ///
19 ///

---

[1]  Contrary to Petitioner's implicit contention, the present Petition (which raises a new claim under Cunningham v. California, 127 S. Ct. 856 (2007) ("Cunningham"), is "second or successive" to Petitioner's 2005 habeas action within the meaning of section 2244(b).  See Thompson v. Calderon, 151 F.3d 918, 920-21 (9th Cir.), cert. denied, 524 U.S. 965 (1998) (application raising new habeas claims is "second or successive"); Calbert v. Marshall, 2008 WL 649798 at *2-4 (C.D. Cal. Mar. 6, 2008) (second petition raising new claim under Cunningham dismissed as "second or successive"); Miles v. Mendoza-Powers, 2007 WL 4523987, at *2-3 (E.D. Cal. Dec. 19, 2007) (subsequent petition alleging different claims but challenging the same judgment is "second or successive").

2

1     For all of the foregoing reasons, the Petition is denied and
2 dismissed without prejudice.

3

4     LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6     DATED: May 13, 2009.

                                _____
                                  JAMES V. SELNA
                        UNITED STATES DISTRICT JUDGE

13 PRESENTED this 12th day of
14 May, 2009, by:

16       _____/S/_____
          CHARLES F. EICK
17 UNITED STATES MAGISTRATE JUDGE

3