**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL THOMAS NIETO, | ) | NO. ED CV 09-872-JVS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DERRAL G. ADAMS, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 13, 2009.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE